**In re: Eugene HARRISON, a/k/a Eugene Paul Harrison, Petitioner.**

No. 07–6589.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 10, 2007.

Decided: Aug. 24, 2007.

Eugene Harrison, Petitioner Pro Se.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Harrison petitions for a writ of mandamus seeking an order directing the South Carolina Department of Corrections and Sergeant Tucker, an employee of the correctional facility where Harrison is incarcerated, to provide photocopies. We conclude Harrison is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987).

The relief sought by Harrison is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*